United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| **HOUSTON REAL ESTATE PROPERTIES LLC,** | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| **OSAMA ABDULLATIF,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-3193 |
| | § | |
| **ALI CHOUDHRI,** | § | |
| | § | |
| Defendant. | § | |

## ORDER REMANDING CASE

This state court litigation was removed on August 31, 2023. On September 7, 2023, counsel for defendant filed a Withdraw Document (ECF No. 2) apparently attempting to withdraw the removal. Once claims or causes of action have been removed pursuant to 28 U.S.C. § 1452(a) and Bankruptcy Rule 9027(a), the court may remand such claim or cause of action, on any equitable ground, to the original court.[1] This provision affords the court broad discretion in determining whether to remand the matter or to deny the remand request.[2] As such, the Court finds that the adversary should be remanded due to the filed withdrawal.

**THEREFORE, IT IS ORDERED** that the Adversary No. 23-3193 shall be remanded to the 333rd District Court of Harris County, Texas.

SIGNED 09/11/2023

Jeffrey Norman
United States Bankruptcy Judge

---

[1] § 1452(b); Fed. R. Bankr. P. 9027(d).
[2] *Best v. Galloway* (*In re Best*), 417 B.R. 259, 270 (Bankr. E.D. Pa. 2009).